# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**WILLIE EARL CURRY**  PETITIONER

v.  NO. 3:19-CV-251-SA-JMV

**ROGER SETTLEMIRES**,
*Chief Operating Officer/ Warden*
**ATTORNEY GENERAL JIM HOOD**,
*Attorney General of Mississippi*  RESPONDENT

## ORDER DIRECTING STATE TO RESPOND

Willie Earl Curry has filed a petition for relief under 28 U.S.C. § 2254. It is

**ORDERED:**

1. That no later than April 8, 2020, respondents shall file an answer to this action, along with full and complete transcripts of all proceedings in the state courts of Mississippi arising from the charges of Attempt to Exploit a Vulnerable Adult, Conspiracy to Exploit a Vulnerable Adult, and Possession of a Controlled Substance, Schedule III against the petitioner in the Circuit Court of Madison County, Mississippi (to the extent such are relevant to the State's response). Doc. #1 at 2.

2. That within fourteen (14) days of service upon him of a copy of respondents' answer, petitioner may file his traverse or reply to the allegations contained in such answer.

3. The Clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon respondent, Jim Hood, **or his lawful successor**[1], to Assistant Attorneys General Jerrolyn Owens and Kelly McLeod. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

---
[1] Attorney General Lynn Fitch was sworn in on January 9, 2020.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 23rd day of January, 2020.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE