IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WILLIE EARL CURRY**                                                          **PETITIONER**

**VS.**                                      **CIVIL ACTION NO. 3:19-cv-00251-SA-JMV**

**ROGER SETTLEMIRES** *et al*.                                    **RESPONDENTS**

## **ORDER**

This matter is before the court on the motion of the claimant, Willie Earl Curry, to file under seal certain exhibits to his response to the respondents' motion to dismiss. Doc. #19. Having considered the motion and reviewed the docket in this case, the court finds that the motion is not well taken and should be denied as, among other reasons, it seeks to seal proposed exhibits (or submit them *in camer*a) *when they are already on the public docket* as a result of prior filings in this case, and no motion to seal or redact those filings has been made.

Consequently, sealing the documents, even if the motion otherwise justified doing so in accordance with applicable law, would be futile.

Therefore, the motion to seal is hereby denied *without prejudice*.

**SO ORDERED**, this November 17, 2020.

                                                   /s/ Jane M. Virden
                                                   **UNITED STATES MAGISTRATE JUDGE**